```
                          United States Bankruptcy Court
                             Northern District of Ohio
In re:                                                        Case No. 15-52744-amk
QSL of Lakewood, Inc.                                         Chapter 11
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0647-5        User: bhemi              Page 1 of 1         Date Rcvd: Nov 17, 2015
                            Form ID: pdf813          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 19, 2015.
db              +QSL of Lakewood, Inc.,    15314 Detroit Ave Suite 7&8,    Lakewood, OH 44107-3828

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 17, 2015 at the address(es) listed below:
              Scott N. Opincar    on behalf of Debtor   QSL of Lakewood, Inc. sopincar@mcdonaldhopkins.com,
               bkfilings@mcdonaldhopkins.com
                                                                                             TOTAL: 1

**This document was signed electronically on November 17, 2015, which may be different from its entry on the record.**

**IT IS SO ORDERED.**

**Dated: November 17, 2015**



ALAN M. KOSCHIK
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| QSL of Lakewood, Inc., *et. al.*,[1] | ) |
| | ) Case No. 15-52744 |
| Debtors. | ) (Request for Joint Administration |
| | ) Pending) |
| | ) |
| | ) Hon. Judge Alan M. Koschik |
| | ) |

**ORDER (I) DIRECTING JOINT ADMINISTRATION OF CASES; AND (II) APPROVING CAPTION FOR JOINTLY ADMINISTERED CASES**

This matter comes before the Court on the Debtors' Motion for an Order (i) Directing Joint Administration of Cases; and (ii) Approving Caption for Jointly Administered Cases,

---

[1] The Debtors and the last four digits of the Debtors' United States Tax Identification Number following in parentheses are: QSL of Medina, Inc. (8260); QSL Operations, Inc. (2667); QSL Management, Inc. (1988); Quaker Steak & Lube Franchising Corporation (1589); Quaker Steak & Wings, Inc. (7669); QSL Sauces, Inc. (8951); QSL Intellectual Properties Corporation (9985); QSL of Buffalo, Inc. (6439); QSL of Sheffield, Inc. (5326); QSL of Plano, Inc. (6701); QSL of Warren, Inc. (3865); QSL of Independence, Ohio, Inc. (0166); QSL of Newport News, Inc. (3858); QSL of Lakewood, Inc. (1575); QSL of Harrisonburg, Inc. (4832); QSL of Concord, Inc. (9262); QSL of Carrollton, Inc. (7632); QSL of Fort Wayne, Inc. (3079); Lube Holdings, Inc. (6457); Best Wings USA, Inc. (1339); QSL of Wheeling, Inc. (2220); QSL of Vermillion, Inc. (5207); QSL of Springfield, Inc. (9745); QSL of Springfield Realty, Inc. (9589); QSL of Fredericksburg, Inc. (4887); QSL of Medina Reality, Inc. (8418); and Lube Aggregator Inc. (1263).

{5819370:}

Docket No. 4 (the "Motion"), filed by the above captioned debtors and debtors in possession (collectively, the "Debtors"). The Court having reviewed the Motion; the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and reference from the District Court for the Northern District of Ohio pursuant to 28 U.S.C. § 157; (b) service and notice of the Motion was sufficient under the circumstances; and (c) the legal and factual bases set forth in the Motion establish just cause for the relief granted herein;

**IT IS HEREBY ORDERED THAT:**

1. The Motion shall be, and hereby is, GRANTED.

2. Capitalized terms used, but not otherwise defined herein, shall have the meanings given to them in the Motion.

3. The above-captioned chapter 11 cases are hereby consolidated for procedural purposes only and shall be jointly administered by this Court under Case No. 15-52722 pursuant to section 105(a) of the Bankruptcy Code and Bankruptcy Rule 1015(b).

4. Nothing contained in this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the above-captioned cases, and shall be without prejudice to the rights of the Debtors to seek entry of an order substantively consolidating their respective cases.

5. The caption of the jointly administered cases shall read as follows:

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| QSL of Medina, Inc., *et. al.*,[1] | ) |
| | ) Case Nos. 15-52722; 15-52724; 15-52726 through 15-52732; 15-52734 through 15-52735; 15-52737 through 15-52738; 15-52740 through 15-52749; 15-52751 through 15-52754 |
| Debtors. | ) |
| | ) |
| | ) (Jointly Administered under Case No. 15-52722) |
| | ) |
| | ) Hon. Judge Alan M. Koschik |

[1] The Debtors and the last four digits of the Debtors' United States Tax Identification Number following in parentheses are: QSL of Medina, Inc. (8260); QSL Operations, Inc. (2667); QSL Management, Inc. (1988); Quaker Steak & Lube Franchising Corporation (1589); Quaker Steak & Wings, Inc. (7669); QSL Sauces, Inc. (8951); QSL Intellectual Properties Corporation (9985); QSL of Buffalo, Inc. (6439); QSL of Sheffield, Inc. (5326); QSL of Plano, Inc. (6701); QSL of Warren, Inc. (3865); QSL of Independence, Ohio, Inc. (0166); QSL of Newport News, Inc. (3858); QSL of Lakewood, Inc. (1575); QSL of Harrisonburg, Inc. (4832); QSL of Concord, Inc. (9262); QSL of Carrollton, Inc. (7632); QSL of Fort Wayne, Inc. (3079); Lube Holdings, Inc. (6457); Best Wings USA, Inc. (1339); QSL of Wheeling, Inc. (2220); QSL of Vermillion, Inc. (5207); QSL of Springfield, Inc. (9745); QSL of Springfield Realty, Inc. (9589); QSL of Fredericksburg, Inc. (4887); QSL of Medina Reality, Inc. (8418); and Lube Aggregator Inc. (1263).

6. A docket entry shall be made in each of Debtors' cases substantially as follows:

An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of QSL of Medina, Inc.; QSL Operations, Inc.; QSL Management, Inc.; Quaker Steak & Lube Franchising Corporation; Quaker Steak & Wings, Inc.; QSL Sauces, Inc.; QSL Intellectual Properties Inc.; QSL of Buffalo Inc.; QSL of Sheffield, Inc.; QSL of Plano, Inc.; QSL of Warren, Inc.; QSL of Independence, Ohio Inc.; QSL of Newport News, Inc.; QSL of Lakewood, Inc.; QSL of Harrisonburg, Inc.; QSL of Concord, Inc.; QSL of Carrolton, Inc.; QSL of Fort Wayne, Inc.; Lube Holdings, Inc.; Best Wings USA, Inc.; QSL of Wheeling, Inc.; QSL of Vermillion, Inc.; QSL of Springfield, Inc.; QSL of Springfield Realty, Inc.; QSL of Fredericksburg, Inc.; QSL of Medina Reality, Inc.; and Lube Aggregator, Inc. The docket in Case No. 15-52722 should be consulted for all matters affecting these cases.

7. The Debtors are hereby authorized and empowered to take such steps and perform such acts as may be necessary to implement and effectuate the terms of this Order.

8. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation and/or interpretation of this Order.

# # #

Prepared by:

/s/ Scott N. Opincar
Scott N. Opincar (0064027)
Michael J. Kaczka (0076548)
McDONALD HOPKINS LLC
600 Superior Avenue, East, Suite 2100
Cleveland, OH 44114-2653
Phone (216) 348-5400
Fax (216) 348-5474
sopincar@mcdonaldhopkins.com
mkaczka@mcdonaldhopkins.com

PROPOSED COUNSEL FOR DEBTORS
AND DEBTORS IN POSSESSION